dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LENA SPEESMAN and Others v. NASSAU BEEKMAN INVESTING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SAMUEL SAUR v. ENRIQUE DELASCURIAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ

MEYER-DENKER-SINRAM COMPANY v. HENNESSY REALTY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of JOHN E. TRAINOR, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MARIE G. DARMSTADT v. KNICKERBOCKER CHANDELIER AND ELECTRICAL SUPPLY COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ISRAEL KUTNER v. MICHAEL SENFT and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE AUTOMOBILE TRADE DIRECTORY, INC., v. SAMUEL OTTER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SAMUEL LIPSCHITZ v. W. R. GRACE & COMPANY. (3 cases.) — Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SAMUEL KRONBERG and Others v. FEDERAL INSURANCE COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LEONARD SHEET METAL WORKS v. MAX RADT and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LEONARD SHEET METAL WORKS v. MAX RADT and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LLATA, LOWENBERG & SCHLEGEL, INC., v. STROMBERG EXPORT AND IMPORT COMPANY, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LOUIS BOWSKY v. CHRISTIANE KRESS.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

IDA CLARE v. PERCY ELKELES.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.